No. 82–263.  BOULAHANIS ET AL. *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 82–289.  GREEN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 82–322.  ROMANO *v.* UNITED STATES; and

No. 82–329.  ROMANO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 684 F. 2d 1057.

No. 82–392.  MONEX INTERNATIONAL, LTD., ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–450.  CRAMER *v.* FAHNER, ATTORNEY GENERAL OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 82–473.  SYMANOWICZ *v.* ARMY AND AIR FORCE EX-CHANGE SERVICE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–476.  SAUSALITO PHARMACY, INC. *v.* BLUE SHIELD OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–477.  HERZOG *v.* DAYTON BAR ASSN. ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–491.  UNITED STATES. *v.* RSR CORP.  C. A. 5th Cir.  Certiorari denied.

No. 82–496.  COFFEY *v.* DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 82–503.  SHAVER *v.* HUNTER ET AL.  Ct. App. Tex., 7th Sup. Jud. Dist.  Certiorari denied.